In the Matter of IRVING M. WEISS, an Attorney and Counselor at Law.— Issues raised by petition and answer thereto referred to Hon. Pardon C. Williams, official referee, to take the proofs and report the same to this court together with his opinion thereon.

The following were admitted at the May term to practice as attorneys and counselors at law, upon examination: EMMONS GLAZIER SWIFT of Ashville; FRANCIS P. WELCH of Syracuse; GEORGE M. B. HAWLEY of Geneva; JOHN D. LYNN, 2d, of Rochester; MERWIN MOREHOUSE of Utica; GEORGE WALTER SCOTT of Geneseo; CLAYTON PETER SHEEHAN of Buffalo; WILFRED McCARTHY of Buffalo; GUSTAV H. UNFUG of La Salle; PERCY R. SMITH of Buffalo.

The following were admitted at the July term to practice as attorneys and counselors at law, upon examination: JACOB ROSENZWEIG of Rochester; A. HOWARD AARON of Buffalo; CHARLES DAUTCH of Buffalo; JAMES HERBERT GILROY of Utica; SAMUEL JESSE PEARLMAN of Syracuse; JAMES CONROY MURPHY of Syracuse; RAY T. YOUNG of Syracuse; DESILVER GEORGE DREW of Buffalo; ETHEL MARGARET O'DEA of Buffalo.

Admitted to practice as attorney and counselor at law at May term, 1918, upon credentials from the State of Georgia: RICHARD A. FRIEDMAN of Buffalo.

In the Matter of the Application of INTERNATIONAL RAILWAY COMPANY, Appellant, v. WILLIAM S. RANN, as Corporation Counsel of the City of Buffalo for a Peremptory Writ of Mandamus, Respondent.— Motion for leave to appeal to Court of Appeals granted. Foote, J., not sitting.

---

## SECOND DEPARTMENT, AUGUST, 1918.

In the Matter of the Designation of EUGENE M. TRAVIS as a Candidate for the Prohibition Party Nomination for the Office of Comptroller, etc. JOHN KISSEL, Contestant, Respondent; EUGENE M. TRAVIS and Others, Appellants.— Order reversed, without costs, on authority of *Matter of Travis* (184 App. Div. 505), decided herewith. Jenks, P. J., Thomas, Mills, Putnam and Jaycox, JJ., concurred.

In the Matter of the Designation of SAMUEL FRASER as a Candidate for the Republican Party Nomination for the Office of Comptroller, etc. JOHN KISSEL, Respondent; SAMUEL FRASER and Others, Appellants.— Order reversed, without costs, on authority of *Matter of Travis* (184 App. Div. 505), decided herewith. Jenks, P. J., Thomas, Mills, Putnam and Jaycox, JJ., concurred.

In the Matter of the Application of ANNA KRAFT, Respondent, for an Order Requiring THE BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Appellant, to Print Her Name upon the Official Primary Ballots as a Candidate for the Party Nomination of the Democratic Party for Member of Assembly, Fourth District, Bronx. ELY NEUMANN, Appellant.— Order affirmed on argument, without costs. Jenks, P. J., Thomas, Mills, Putnam and Jaycox, JJ., concurred.